**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: JERRY O. SHARP & LORI A. SHARP                Case Number: 06-72282
903 WEST 21ST STREET                  SSN-xxx-xx-3520 & xxx-xx-2486
ROCK FALLS, IL  61071

                                            Case filed on:     12/4/2006
                                            Plan Confirmed on:  2/16/2007
C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $6,732.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
| 999 | JERRY O. SHARP | 0.00 | 0.00 | 25.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 25.00 | 0.00 |
| 001 | AMCORE BANK NA | 12,954.89 | 12,954.89 | 2,119.45 | 541.25 |
| 002 | CORNERSTONE CREDIT UNION | 2,568.46 | 2,500.00 | 1,014.77 | 123.59 |
| 003 | STERLING FEDERAL BANK | 48,997.83 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 64,521.18 | 15,454.89 | 3,134.22 | 664.84 |
| 001 | AMCORE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CORNERSTONE CREDIT UNION | 0.00 | 68.46 | 0.00 | 0.00 |
| 004 | BANK OF AMERICA (MBNA) | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CGH MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | LVNV FUNDING LLC | 2,882.91 | 2,882.91 | 0.00 | 0.00 |
| 007 | CITIFINANCIAL SERVICES INC | 12,320.40 | 12,320.40 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 678.69 | 678.69 | 0.00 | 0.00 |
| 009 | ROCK VALLEY FEDERAL CREDIT UNION | 4,941.22 | 4,941.22 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 9,070.33 | 9,070.33 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 3,557.43 | 3,557.43 | 0.00 | 0.00 |
| 012 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 33,450.98 | 33,519.44 | 0.00 | 0.00 |
|  | Grand Total: | 100,472.16 | 51,474.33 | 5,659.22 | 664.84 |

Total Paid Claimant:      $6,324.06
Trustee Allowance:           $407.94           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       0.00    discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

                                          /s/ Lydia S. Meyer
                                         Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008          By  /s/Heather M. Fagan